# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

BETTY BELL,

Plaintiff(s),

　　　　　　　　　　　　　　　　　　CASE NUMBER: 1:10cv-1182-JDB

v.

WESTERN RESERVE LIFE
ASSURANCE COMPANY OF OHIO,

Defendant(s).

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on May 17, 2011, this action is hereby Dismissed with prejudice.

**APPROVED:**

　　　　　　　　　　　　　　　　　　　　　　　s/J. Daniel Breen
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Sonya Pettigrew**
**DEPUTY CLERK**